UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RICHMOND HATTEN,<br>　　　　Petitioner,<br>　v.<br>JAMES A. YATES, Warden,<br>　　　　Respondent. | Case No. CV 06-3751 DMG(JC)<br>(~~PROPOSED~~) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 29, 2011

　　　　　　　　_____
　　　　　　　　HONORABLE DOLLY M. GEE
　　　　　　　　UNITED STATES DISTRICT JUDGE